CLOSED, JGB

## U.S. District Court (Live Database)
### Eastern District of Tennessee (Greeneville)
### CIVIL DOCKET FOR CASE #: 2:05-cv-00212
### Internal Use Only

Armbrister et al v. Intel Corporation
Assigned to: Honorable J Ronnie Greer
Referred to: Magistrate Dennis H Inman
Cause: 28:1331 Fed. Question: Anti-trust

Date Filed: 08/19/2005
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Andrew Armbrister**

represented by **Gordon Ball**
Ball & Scott
550 Main Avenue
750 NationsBank Center
Knoxville, TN 37902-2567
865-525-7028
Fax: 865-525-4679
Email: filings@ballandscott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Armbrister**
*on behalf of themselves and all others similarly situated*

represented by **Gordon Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**

represented by **Jerry W Laughlin**
Rogers, Laughlin, Nunnally, Hood & Crum
100 South Main Street
Greeneville, TN 37743-4922
423-639-5183
Email: jlaughlin2@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2006 | 7 | ORDER, MDL Clerk, TRANSFERRING CASE to the District of Delaware. (Attachments: # 1 Delaware Clerk's letter with instructions for transfer)(EBM, ) (Entered: 01/09/2006) |
| 01/04/2006 | 6 | Letter from MDL Clerk that it had been 15 days since Conditional Transfer Order entered and no opposition was filed. Transfer order attached to letter. Awaiting final instructions from Clerk of the District of Delaware. (EBM, ) (Entered: 01/04/2006) |
| 10/06/2005 | 5 | NOTICE by Intel Corporation *of Defendant's Federal Rule of Civil Procedure 7.1 Disclosure Statement* (Laughlin, Jerry) (Entered: 10/06/2005) |
| 10/04/2005 | 4 | AGREED ORDER, Motions terminated: 3 Agreed Proposed Order filed by Intel |

| | | |
|---|---|---|
| | | Corporation. The Stipulation is GRANTED.Signed by Judge Dennis H Inman on 10/4/2005. (RLC, ) (Entered: 10/04/2005) |
| 10/03/2005 | 3 | Agreed Proposed Order by Intel Corporation. (Laughlin, Jerry) (Entered: 10/03/2005) |
| 10/03/2005 | 2 | STIPULATION re 1 Complaint *To Extend Time to Respond* by Intel Corporation. (Laughlin, Jerry) (Entered: 10/03/2005) |
| 08/22/2005 | | Summons Issued as to Intel Corporation and returned to Plaintiff's Attorney for service. (KDO) (Entered: 08/22/2005) |
| 08/19/2005 | 1 | COMPLAINT against Intel Corporation (Filing fee of $ 250.00 paid, Receipt #14502.) , filed by Plaintiff's Andrew Armbrister, Melissa Armbrister. (Attachments: # 1 Civil Cover Sheet)(KDO) (Entered: 08/22/2005) |