IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

**ANDREW ARMBRISTER, and MELISSA ARMBRISTER, on behalf of themselves and all persons similarly situated,**

    Plaintiffs,

v.                                                              No. 2:05-cv-212

**INTEL CORPORATION, a Delaware Corporation,**

    Defendant.

## STIPULATION TO EXTEND TIME TO RESPOND

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Plaintiffs Andrew and Melissa Armbrister commenced this action on August 19, 2005. This case is one of over 60 actions are subject to a pending petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 (the MDL Petition). This action has been identified as a related action in connection with the MDL Petition, and Intel has notified the Clerk of the Panel of this related case. This Petition has been fully briefed and the Judicial Panel for Multidistrict Litigation ("JPML") will hear arguments on the petition on September 29, 2005, in Asheville, North Carolina.

Consistent with the uniform response date that Intel has negotiated in the related federal antitrust action, the Plaintiffs and Defendant Intel Corporation ("Intel") stipulate that Intel's response to Plaintiffs' complaint shall be due either (1) 60 days after transfer of the above

captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. §1407 or (2) 45 days after any such motion has been denied. In exchange for this extension Intel hereby waives service of the complaint in this action under Fed. R. Civ. P. 4 and accepts service by mail upon it counsel Richard A. Ripley, Bingham McCutchen LLP, 1120 20th Street, N.W., Suite 800, Washington, D.C. 20036.

          Respectfully submitted,

          ROGER, LAUGHLIN, NUNNALLY, HOOD & CRUM

DATED: September 29, 2005     /s/Jerry W. Laughlin
          Jerry W. Laughlin (BPR#002120)
          100 South Main Street
          Greeneville, TN 37743

          and

          David M. Balabanian (CA# 37638)
          Christopher B. Hockett (CA# 121539)
          Joy K. Fuyuno (CA # 123890)
          BINGHAM McCUTCHEN LLP
          Three Embarcadero Center
          San Francisco, CA 94111-4067
          Telephone: 415.393.2000
          Facsimile: 415.393.2286

          Richard A. Ripley (DC# 412959)
          BINGHAM McCUTCHEN LLP
          1120 20th Street, NW, Suite 800
          Washington, DC 20036
          Telephone: 202.778.6150
          Facsimile: 202.778.6155

          Attorneys for Defendant
          INTEL CORPORATION

          * * *

21632153.1

                Respectfully submitted,

                BALL & SCOTT


DATED: September 29, 2005      /s/Gordon Ball
                                            Gordon Ball (BPR#001135)
                                            550 West Main Avenue, Suite 750
                                            Knoxville, TN 37902

                                            Attorney for Plaintiffs
                                            ANDREW AND MELISSA ARMBRISTER

## CERTIFICATE OF SERVICE

      I hereby certify that notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      This the 3rd day of October, 2005.


                                            /s/Jerry W. Laughlin
                                            Jerry W. Laughlin


L:\misc\Intel Corp. V Armbrister Andrew 05-2235\Stipulation to Extend Time