IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ANDREW ARMBRISTER, and MELISSA ARMBRISTER, on behalf
of themselves and all persons similarly situated,

    Plaintiffs,

v.                                                                   No. 2:05-cv-212

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

## AGREED ORDER

BEFORE THE COURT is the parties' Stipulation to Extend Time to Respond. For good cause shown, the Stipulation is GRANTED. Accordingly, Defendant's response shall be due either due either (1) 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after denial of MDL treatment.

    SO ORDERED.

                                                      s/ Dennis H. Inman
                                                      United States Magistrate Judge

APPROVED FOR ENTRY:


/s/Jerry W. Laughlin
Jerry W. Laughlin (BPR#002120)
Counsel for Defendant
Rogers, Laughlin, Nunnally, Hood& ,
& Crum, P.C.
100 South Main Street
Greeneville, TN 37743
423-639-5183



/s/Gordon Ball
Gordon Ball (BPR#001135)
Counsel for Plaintiffs
550 West Main Avenue, Suite 750
Knoxville, TN 37902


L:\Misc\Intel Corp. V Armbrister Andrew 05-2235\Agreed Order