# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

ANDREW ARMBRISTER, and MELISSA ARMBRISTER, on behalf of themselves and all persons similarly situated,

    Plaintiffs,

v.  No. 2:05-cv-212

INTEL CORPORATION, a Delaware Corporation,

    Defendant.

### DEFENDANT'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

DEFENDANT, THROUGH ITS COUNSEL OF RECORD, STATES AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that there is no parent company and no publicly held entity that owns 10% or more of Intel Corporation.

    Respectfully submitted,

    ROGER, LAUGHLIN, NUNNALLY, HOOD & CRUM

DATED: October 6, 2005  /s/Jerry Laughlin
    Jerry Laughlin (BPR#002120)
    100 South Main Street
    Greeneville, TN 37743

    and

    David M. Balabanian (CA# 37638)
    Christopher B. Hockett (CA# 121539)
    Joy K. Fuyuno (CA # 123890)

SF/21638700.1

BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard A. Ripley (DC# 412959)
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 6th day of October, 2005.

s/Jerry Laughlin
Jerry Laughlin

L:\Misc\Intel Corp. v. Armbrister Andrew 05-2235\Federal Rule 7.1 Disclosure Statement